IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LORRAINE F. CHOJNACKI,

    Plaintiff,                              JUDGMENT IN A CIVIL CASE

v.                                         Case No. 11-cv-103-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social
Security Administration,

    Defendant.

    This action came for consideration before the court with District Judge William M. Conely presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant affirming the decision of the defendant Carolyn W. Colvin, Acting Commissioner of Social Security, and dismissing plaintiff's appeal.

           s/Peter Oppenner                                  1/22/2014
Peter Oppeneer, Clerk of Court                            Date